IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 27, 2008

Charles R. Fulbruge III
Clerk

No. 07-50419

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

HECTOR VENANCIO CASTRO-VASQUEZ

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:06-cr-00847

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Following a jury trial, Hector Castro-Vasquez was found guilty of fraudulently obtaining immigration benefits to which he was not entitled in violation of 18 U.S.C. § 1425(b). On appeal, Castro challenges the sufficiency of the grand jury indictment, the sufficiency of the evidence presented at trial, and two of the district court's evidentiary rulings against him. Having reviewed the briefs and pertinent portions of the record and having heard the arguments of counsel, we find no reversible error. Accordingly, the conviction is AFFIRMED.

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.